DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAMARA CLEVELAND,**
Appellant,

v.

**ACCELERATED INVENTORY MANAGEMENT, LLC,**
Appellee.

No. 4D2023-0645

[February 15, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. Sarah Shullman, Judge; L.T. Case No. 502022CC008534.

Tamara Cleveland, Boynton Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***